IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**IVAN MILLES,**

    **Petitioner,**

v.                                                              No. CV 16-333 JCH/LAM

**JAMES MULHERON,**

    **Respondent.**

## ORDER TO CURE DEFICIENCY

Petitioner submitted an application for a writ of habeas corpus [*Doc. 1*] and motion for leave to proceed pursuant to 28 U.S.C. § 1915 [*Doc. 2*]. The Court determines that the motion for leave to proceed pursuant to 28 U.S.C. § 1915 [*Doc. 2*] is deficient as described in this order. Petitioner is directed to cure the following if he/she wishes to pursue his/her claims:

**I. Filing Fee**.

    \_\_\_\_\_ No filing fee ($5.00 habeas corpus) has been received.

**II. Prisoner's Application to Proceed in District Court Without Prepaying Fees or Costs:**

(1)     \_\_\_\_ is not filed
(2)     \_\_\_\_ is missing affidavit
(3)     \_\_\_\_ is missing required financial information
(4)     **X**    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(5)     \_\_\_\_ is missing an original signature by the prisoner
(6)     \_\_\_\_ names in caption do not match names in caption of complaint, petition or habeas application
(7)     \_\_\_\_ An original and a copy have not been received by the Court. Only an original has been received.
(8)     \_\_\_\_ other _____

**III. Petition or Application**:

(1)     \_\_\_\_ is missing
(2)     \_\_\_\_ is not on proper form
(3)     \_\_\_\_ is missing an original signature by the prisoner

(4) \_\_\_\_ is missing page nos. \_\_\_\_
(5) \_\_\_\_ uses et al. instead of listing all defendants/respondents
(6) \_\_\_\_ An original and a copy have not been received by the Court. Only an original has been received.
(7) \_\_\_\_ Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8) \_\_\_\_ names in caption do not match names in text
(9) \_\_\_\_ other:

Papers filed in response to this order must include the civil action number (CV 16-0033 JCH/LAM) of this case. Failure to cure the designated deficiencies **within thirty (30) days from entry of this order** may result in **dismissal** of this action without further notice.

**IT IS THEREFORE ORDERED** that Petitioner cure the deficiencies designated above **within thirty (30) days from entry of this order**;

**IT IS FURTHER ORDERED** that, **if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, this action may be dismissed without prejudice without further notice.**

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**